UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

BARRY CRAYS,

        Plaintiff,        Case No.  06-12006

v.        District Judge Lawrence P. Zatkoff

        Magistrate Judge R. Steven Whalen

CITY OF LIVONIA, et al.,

        Defendant.
_____/

## ORDER GRANTING PLAINTIFF'S MOTION TO COMPEL

Plaintiff's Motion to Compel the Production of Documents [Docket #11] is hereby GRANTED. Within seven days of the date of this Order, Defendant shall submit answers to Interrogatories originally served in July, 2006, and within the same time period shall comply with Plaintiff's Request for Production of Documents No. 10 (video and/or audio tapes). If Defendant claims privilege as to any of the requested material, it shall provide a privilege log.

SO ORDERED.

        S/R. Steven Whalen
        R. STEVEN WHALEN
        UNITED STATES MAGISTRATE JUDGE

Dated: January 11, 2007

CERTIFICATE OF SERVICE

The undersigned certifies that a copy of the foregoing order was served on the attorneys and/or

parties of record by electronic means or U.S. Mail on January 11, 2007.

                                              s/Gina Wilson  
                                              Judicial Assistant